# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

**United States of America,**                               Case No. 13-cr-130 (ADM/JJG)

        **Plaintiff,**

**v.**                                                     **O R D E R**

**Buford Braden Rogers,**

        **Defendant.**

_____

JEANNE J. GRAHAM, United States Magistrate Judge

    This case came before the undersigned United States Magistrate Judge on July 23, 2013, for a pretrial motion hearing. The Government introduced four exhibits during the hearing: Government Exhibit 1 – a search warrant executed on May 3, 2013, and related paperwork; Government Exhibit 2 – a videotaped interview of Defendant; Government Exhibit 3 – a transcript of the interview; and Government Exhibit 4 – an Advice of Rights form. There is presently a dispute over which exhibits or portions of exhibits should be sealed or redacted. However, Government Exhibit 1 is both a pretrial hearing exhibit and a sealed court document filed in Case No. 13-mj-307. A search warrant application is a document typically filed with the Court, that may also become a pretrial hearing exhibit, depending on the case. Here, the Court has reviewed the document filed in Case No. 13-mj-307 and finds that it should no longer be sealed, for the same reasons underlying the Court's denial of Defendant's oral request to seal the pretrial motion hearing.

    Therefore, **IT IS HEREBY ORDERED** that the Clerk of Court shall unseal ECF No. 3 in Case No. 13-mj-307.

Dated: July 23, 2013                          *s/ Jeanne J. Graham*
                                                           JEANNE J. GRAHAM
                                                           United States Magistrate Judge