AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF:   MINNESOTA

| United States of America | **EXHIBIT LIST** |
|---|---|
| v. | |
| Buford Braden Rogers | Case Number:  13-CR-0130 (ADM/JJG) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Jeanne J. Graham | Andrew R. Winter, Charles J. Kovats, Jr. | Andrew H. Mohring |
| MOTION HEARING DATE<br>July 23, 2013 | COURT REPORTER<br>n/a (digital recording) | COURTROOM DEPUTY<br>A. Meyers |

| PL NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2A* | | 7/23/13 | Y | Y | REDACTED, PARTIAL DVD of Interview Conducted on May 3, 2013 |
| 3A* | | 7/23/13 | Y | Y | REDACTED, PARTIAL Transcript of Interview Conducted on May 3, 2013 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of    1    Pages

* Government Exhibits 2 and 3 were offered and admitted on July 23, 2013. Government Exhibits 2A and 3A are partial versions of the original exhibits and were submitted by the Government in compliance with the Court's Orders of December 13, 2013 (ECF No. 89) and December 18, 2013 (ECF No. 92). Government Exhibits 2A and 3A will be held in the St. Paul Clerk's Office until further order of the Court.