# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 13-130(ADM/JJG) |
| ) | |
| BUFORD BRADEN ROGERS ) | |
| _____ | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-44(PJS) |
| ) | |
| KEITH MICHAEL NOVAK ) | |
| _____ | |

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

■   Cases that arise out of the same investigation and have temporal proximity.

Dated: February 13, 2014                    Respectfully submitted,

                                            JOHN R. MARTI
                                            Acting United States Attorney

                                            *s/ Andrew R. Winter*

                                            BY:  ANDREW R. WINTER
                                            Assistant United States Attorney
                                            Attorney ID No. 232531